UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE ERICKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0469-JLT-HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JENNIFER LEE ERICKSON AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Jennifer Lee Erickson and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on September 26, 2022. (Doc. 26.) Pursuant to the terms of the stipulation, the matter shall be remanded for the Commissioner to "offer Plaintiff the opportunity for a new hearing; develop the record as necessary; and issue a new decision." (*Id*. at 1.) Further, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (*Id*. at 2.)

///

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Jennifer Lee Erickson and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **September 28, 2022**



UNITED STATES DISTRICT JUDGE