# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE ERICKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:21-cv-0469 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 30) |

On December 30, 2022, Jennifer Lee Erickson and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,450.00 pursuant to the Equal Access to Justice Act. (Doc. 30.) Accordingly, the Court **ORDERS:**

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $7,450.00 under 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney fees (Doc. 29) is terminated as **MOOT**.

IT IS SO ORDERED.

   Dated: __**January 7, 2023**__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1